IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11404
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOEY CHRISTOPHER SERO,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-42-Y
- - - - - - - - - -
October 23, 1997

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Joey Christopher Sero, proceeding pro se, appeals his convictions for bank robbery. Sero contends that the Government did not prove that the deposits of Bank One of Texas, N.A., were insured by the Federal Deposit Insurance Corporation (FDIC), a requirement for establishing federal jurisdiction.

Sero's motion to file his reply brief in its current form is GRANTED.

Proof that a bank was FDIC-insured at the time of a robbery

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is an essential element of the crime of bank robbery and is
necessary to establish federal jurisdiction. United States v.
Slovacek, 867 F.2d 842, 845 (5th Cir. 1989). Rule 11(f), Fed.
R. Crim. P., provides that the district court must satisfy itself
that there is a factual basis for a guilty plea. See United
States v. Guichard, 779 F.2d 1139, 1146 (5th Cir. 1986). The
record demonstrates that the district court established that
there was a sufficient factual basis for Sero's guilty plea. The
judgment appealed is AFFIRMED.